## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013–0430. Blue Ash OH Realty, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–Q–121.

## CASE ANNOUNCEMENTS

*May 16, 2013*

[Cite as *05/16/2013 Case Announcements*, 2013-Ohio-1980.]

## MOTION AND PROCEDURAL RULINGS

**In re Ealy.**
On February 18, 2009, this court found Larry E. Ealy to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Ealy was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On May 14, 2013, Ealy presented a motion for leave to file.

It is ordered by the court that the motion for leave to file is denied.

**2012–1787. U.S. Bank Natl. Assn. v. Higgins.**
Montgomery App. No. 24963, 2012-Ohio-4086. This cause is pending before the court as a jurisdictional appeal. On December 14, 2012, appellee, Chonda B. Higgins, filed a notice of bankruptcy. This court stayed further proceedings in this case and ordered appellee to file a notice with this court upon the conclusion of the bankruptcy proceedings.

It is ordered by the court, sua sponte, that the parties shall file a notice advising this court of the status of the bankruptcy case within ten days of the date of this entry.

## DISCIPLINARY CASES

**2013–0069. In re Resignation of Terbeek.**
On January 9, 2013, respondent, Jeffrey Lee Terbeek, Attorney Registration No. 0033227, last known business address in Columbus, Ohio, who was admitted to the bar of this state on November 3, 1973, submitted an application for retirement or resignation pursuant to Gov.Bar R. VI(6)(A). The application was referred to disciplinary counsel pursuant to Gov.Bar R. VI(6)(B). On January 14, 2013, disciplinary counsel's report was filed under seal with this court in accordance with Gov.Bar R. VI(6)(B)(2).

On consideration thereof, it is ordered by the court that respondent's application is denied. *See Disciplinary Counsel v. Terbeek*, 2013-Ohio-1912.

It is further ordered, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, to respondent's last known address.

It is further ordered that publication of this order be made as provided for in Gov.Bar R. V(8)(D)(2) and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS